McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 2:18-MJ-0022 KJN |
| v. | [PROPOSED] ORDER TO UNSEAL COMPLAINT |
| ARTURO NAPOLES, et al, | |
| Defendants. | |

The government's motion to unseal the un-redacted Complaint and unseal the case as to defendant Raymond Morin is GRANTED.

SO ORDERED

Dated: February 15, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL COMPLAINT